# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOLINA, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00647 DLB PC<br><br>ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN THIRTY DAYS |

　　　　Plaintiff Vincent Johnson ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 3, 2013. This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California. Defendants have now appeared in the action.

　　　　Therefore, Defendants shall notify the Court within thirty (30) days from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

IT IS SO ORDERED.

　　Dated: __May 14, 2014__　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1