1

2

3

4

5 # UNITED STATES DISTRICT COURT

6 EASTERN DISTRICT OF CALIFORNIA

7

8  VINCENT JOHNSON,                          Case No. 1:13-cv-00647 LJO DLB PC

9             Plaintiff,                     ORDER GRANTING DEFENDANTS'
                                            REQUEST FOR EXTENSION OF
10     v.                                    DISCOVERY DEADLINE AND
                                            DISPOSITIVE MOTION DEADLINE
11  MOLINA, et al.,

12            Defendants.                    (Document 40)

13

14

15          Plaintiff Vincent Johnson ("Plaintiff"), a state prisoner proceeding pro se and in forma

16  pauperis, filed this civil rights action on May 3, 2013.  The action is proceeding against Defendants

17  Molina, Aguinaga, Hernandez and Ramirez for excessive force in violation of the Eighth

    Amendment.
18
            The action is currently in discovery, with a discovery deadline of September 22, 2014.
19
            On June 30, 2014, Defendants filed a motion for summary judgment based on exhaustion.
20
    The motion is pending.
21
            On August 21, 2014, Defendants filed a request to extend the discovery deadline to sixty
22
    days after a decision is rendered on the motion for summary judgment.[1]
23
            A scheduling order "may be modified only for good cause," and by leave of court.  Fed. R.
24
    Civ. P. 16(b)(4).  Here, the Court finds good cause to extend the discovery deadline to permit the
25
    parties additional time for discovery after a ruling, should the action survive the exhaustion
26
    challenge.
27

28
    _____
    [1] On July 3, 2014, the Court denied Defendants' request for a stay of discovery.  Defendants' motion for reconsideration
    was denied on July 22, 2014.

                                              1

1    Accordingly, the Court extends the discovery deadline to sixty days after a ruling on the

2   motion for summary judgment.  The Court further extends the dispositive motion deadline to 120

3   days after the ruling on summary judgment.  This order does not stay discovery.

4

5   IT IS SO ORDERED.

6    Dated:   **August 25, 2014**                        /s/ *Dennis L. Beck*

7                                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28